# VERDICT

Note: Complete the following paragraph by filling in the blanks as required by your verdict. If you assess a percentage of fault to any of those listed below, write in a percentage not greater than 100%; otherwise write in "zero" next to that name. If you assess a percentage of fault to any of those listed below, the total of such percentages must be 100%.

We, the undersigned jurors, assess percentages of fault as follows:

| | | |
|---|---|---|
| Defendant Wal-Mart Stores East, L.P. | 0 | (zero to 100%) |
| Plaintiff Bonnie Rodrick | 0 | (zero to 100%) |
| TOTAL: | 0 | (zero OR 100%) |

Note: Complete the following paragraph if you assessed a percentage of fault to defendant Wal-Mart Stores East, L.P.

    We, the jury, find the TOTAL amount of Plaintiff Bonnie Rodrick's damages, disregarding any fault on the part of Bonnie Rodrick, to be $ _____ (*stating the amount*).

Note: The judge will reduce the total amount of plaintiff Bonnie Rodrick's damages by any percentage of fault you assess to Bonnie Rodrick.

_____
Foreperson

Date: 5/20/2010